**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00925-CV

**EBAY INC., Appellant**

**V.**

**ZURVITA, INC., Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-04897**

## ORDER

We **REINSTATE** this appeal. In an order dated October 1, 2014, we stayed this appeal on the parties' agreed motion. Before the Court is appellant's unopposed motion to lift the stay. We **GRANT** the motion and this appeal will now proceed. Appellant's brief is due N**OVEMBER 17, 2014**.

/s/      ELIZABETH LANG-MIERS
JUSTICE